THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The
State,         Respondent,
 
 
 

v.

 
 
 
Garry Eugene
Mitchell,        Appellant.
 
 
 

Appeal From Richland County
James R. Barber, III, Circuit Court Judge

Unpublished Opinion No.  2005-UP-085
Submitted February 1, 2005  Filed February 
 4, 2005

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Garry Eugene Mitchell pled guilty to breaking into a motor 
 vehicle.  He was sentenced to two years.  In addition, the judge revoked eighteen 
 months of a prior probationary sentence for breaking into a motor vehicle.  
 The judge ordered that the two year sentence was to be consecutive to the eighteen 
 month sentence.  Mitchells appellate counsel filed a brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition 
 to be relieved from representation, asserting there are no directly appealable 
 issues of arguable merit.  Mitchell did not file a pro se response 
 with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 ANDERSON, BEATTY, and SHORT, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.